**C. E. Heath et al., trading as Lloyd's, appellants, v. Paul Horn, appellee. Gen. No. 30,248.**
Action to recover damages for loss of fur coat belonging to plaintiffs' insured. Judgment for defendant. Appeal from the Municipal

Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and rendered for plaintiffs in the sum of $1050. Opinion filed March 2, 1926.

Golden & Kagan, for appellants. William A. Bither, for appellee.

Mr. Justice Johnston delivered the opinion of the court.